# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Robert I. Sherman**,
        Plaintiff,

    vs.                    Case Number:   **10-3086**

**Patrick Quinn, Warren Ribley and Daniel W. Hynes,**
        Defendants.

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to the Order granting (d/e 9) Motion to Dismiss entered by the Honorable Michael P. McCuskey on August 16, 2010, this case is closed.  Judgment entered in favor of the defendants.-------------------------------------------------------------------------------------------------------------------

ENTER this 16th day of August, 2010

s/Pamela E. Robinson
PAMELA E. ROBINSON, CLERK

s/M. Stewart
BY:  DEPUTY CLERK