E-FILED
Thursday, 14 October, 2010 11:54:50 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ROBERT I. SHERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10-3086 |
| ) | |
| PATRICK QUINN, in his official ) | |
| capacity as Governor of the ) | |
| State of Illinois, WARREN RIBLEY, ) | |
| in his official capacity as Director, ) | |
| Illinois Department of Commerce ) | |
| and Economic Opportunity, and ) | |
| DANIEL W. HYNES, in his official ) | |
| capacity as Comptroller of ) | |
| the State of Illinois, ) | |
| ) | |
| Defendants. ) | |

## OPINION

This matter comes before the Court on Plaintiff Robert I. Sherman's Rule 59(e) Motion and Memorandum to Reconsider and Amend Judgment (d/e 14) (Motion). Sherman asks the Court to alter or amend the Opinion and Judgment entered in this case on August 16, 2010 (d/e 12 & 13). To prevail, Sherman must demonstrate a manifest error of law or fact, or present newly discovered evidence. Fed. R. Civ. P. 59(e); LB Credit Corp. v. Resolution Trust Corp., 49 F.3d 1263, 1267 (7th Cir. 1995). The Court

1

has carefully considered the Opinion, the Motion, and the Defendants' Response to Plaintiff's Rule 59(e) Motion (d/e 15), and finds no manifest error of law. Sherman further presents no newly discovered evidence. Sherman attempts to raise arguments that could have and should have been raised before this Court rendered a judgment. Such arguments are not a basis for relief under Rule 59(e). Sigsworth v. City of Aurora, Ill., 487 F.3d 506, 512 (7th Cir. 2007).

THEREFORE, Plaintiff Robert I. Sherman's Rule 59(e) Motion and Memorandum to Reconsider and Amend Judgment (d/e 14) is DENIED. This case is closed.

ENTERED this 14th day of October, 2010

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE